**No. 66142.**—Radio Wire Television, Inc., et al. *v.* United States, protests 60/24441, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of plastic tapes similar in use to cotton tapes and following the principles in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.